**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*
*Edwina Parras and Robert Parra*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWINA PARRAS and ROBERT PARRAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FINANCIAL RESOURCES, INC.,<br><br>Defendant. | Case No. 3:22-cv-02659-TSH<br><br>**NOTICE OF SETTLEMENT** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs EDWINA PARRAS AND ROBERT PARRAS ("Plaintiffs") and Defendant AMERICAN FINANCIAL RESOURCES, INC. ("Defendant" or "AFR") have reached a settlement of Plaintiffs' individual claims in this action.

The parties anticipate filing a dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative class within forty-five (45) days of this notice. The parties respectfully request that the court vacate any upcoming hearings or deadlines in this action in light of the parties' settlement.

Dated: September 2, 2022

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:    s/ Mona Amini
       MONA AMINI, ESQ.
       *Attorneys for Plaintiffs*

- 2 -
NOTICE OF SETTLEMENT

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On September 2, 2022, I served the herein described document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 2, 2022, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ